UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA :
:  **ORDER**
v. :
: 19 CR 124 (VB)
LUCERTE ABELLARD, :
                          Defendant. :
------------------------------------------------------x

       Having (i) reviewed defendant Lucerte Abellard's request for early termination of supervised release (which was received by the Court on March 5, 2020, and will be separately docketed), (ii) consulted with Ms. Abellard's probation officer, who has no objection to the request, and (iii) considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is warranted by Ms. Abellard's conduct and the interest of justice.

       Accordingly, supervised release is terminated, and defendant Lucerte Abellard is discharged therefrom, effective immediately.

       The Clerk is instructed to mail a copy of this Order to defendant at the following address:

Lucerte Abellard
25 County Center Road, Apt. B8
White Plains, NY 10607

Dated: March 13, 2020
       White Plains, NY

                                  SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge